# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| UNITED STATES and STATE OF TEXAS ex rel. DANIEL W. ELLIOTT, M.D. and LISA A. MINSLOFF, M.D., § § § § | |
| *Plaintiffs,* § | |
| v. § | Civil Action No. 2:20-cv-00132-JRG |
| SOUTHEAST TEXAS MEDICAL ASSOCIATES, LLP, *et al* § § § | |
| *Defendants.* § | |

### DEFENDANT, BAPTIST HOSPITALS OF SOUTHEAST TEXAS' NOTICE OF COMPLIANCE WITH SERVICE OF ITS <u>INITIAL DISCLOSURES</u>

Defendant, Baptist Hospitals of Southeast Texas. respectfully notifies the Court that it has complied with the Discovery Order (Dkt. No. 80) in this case by serving its Initial Disclosures on all counsel of record for all parties via electronic mail on August 21, 2023.

Dated: August 21, 2023

Respectfully submitted,

*/s/ J. Thad Heartfield*
J. Thad Heartfield
State Bar No. 09346800
M. Dru Montgomery
State Bar No. 24010800
THE HEARTFIELD LAW FIRM
2195 Dowlen Road
Beaumont, TX 77706
Telephone: 409-866-3318
Facsimile: 409-866-5789
thad@heartfieldlawfirm.com
dru@heartfieldlawfirm.com

Edward B. Diskant
MCDERMOTT WILL & EMERY LLP
1 Vanderbilt Avenue
New York, NY  10017
Tel: (212) 547-5400
Fax: (646) 390-0877
ediskant@mwe.com

Jennifer B. Routh
MCDERMOTT WILL & EMERY LLP
500 North Capitol Street, N.W.
Washington, D.C. 20001
Tel: (202) 756-8000
Fax: (202) 756-8087
jrouth@mwe.com

ATTORNEYS FOR DEFENDANT,
Baptist Hospitals of Southeast Texas

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a) on this 21st day of August, 2023.

/s/ *J. Thad Heartfield*
J. Thad Heartfield

2