# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| UNITED STATES and STATE OF TEXAS ex rel. DANIEL W. ELLIOTT, M.D. and LISA A. MINSLOFF, M.D., <br><br> Plaintiffs, <br><br> v. <br><br> SOUTHEAST TEXAS MEDICAL ASSOCIATES, LLP; STEWARD HEALTH CARE SYSTEM; ONPOINT LAB, L.L.C.; BAPTIST HOSPITALS OF SOUTHEAST TEXAS; MUHAMMAD AZIZ, M.D.; JAMES HOLLY, M.D.; MARY CASTRO, M.D.; VIJAY KUMAR, M.D.; MICHAEL THOMAS, M.D.; SYED ANWAR, M.D.; CAESAR DEIPARINE, M.D.; RONALD PALANG, M.D.; ABSAR QURESHI, M.D.; DEAN HALBERT, M.D.; and WILLIAM GEORGE, M.D., <br><br> Defendants. | Case No. 2:20-cv-00132-JRG |

## DEFENDANT ONPOINT LAB, LLC'S
## NOTICE OF SERVICE OF INITIAL DISCLOSURES

Defendant OnPoint Lab, LLC ("OnPoint") gives notice that on August 18, 2023, this defendant served the Initial Disclosures required by paragraph 1 of the Discovery Order on all counsel of record.

Respectfully submitted,

*Dennis Roossien*
Dennis L. Roossien, Jr.
Tex. Bar No. 00784873
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard, Ste. 3800
Dallas, Texas 75201
(214) 855-7535
droossien@munsch.com

ATTORNEY FOR ONPOINT LAB, LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on August 21, 2023, a true and correct copy of the above and foregoing document has been served on all parties via email to their counsel of record in accordance with Local Rule CV-5(d) and Federal Rule of Civil Procedure 5(d)(1)(A).

*Dennis Roossien*
Dennis L. Roossien, Jr.